UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDWARD ANDRICK and LAURIE ANDRICK,<br><br>        Plaintiffs,<br><br>   v.<br><br>SAINT-GOBAIN PERFORMANCE PLASTICS CORP., HONEYWELL INTERNATIONAL INC. f/k/a ALLIED-SIGNAL INC. and/or ALLIEDSIGNAL LAMINATE SYSTEMS, INC., E.I. DUPONT DE NEMOURS AND COMPANY and 3M CO.,<br><br>        Defendants. | Civ. No. 1:17-CV-1058 (LEK/DJS) |
| R.M. BACON, LLC and MICHAEL BACON,<br><br>        Plaintiffs,<br><br>   v.<br><br>SAINT-GOBAIN PERFORMANCE PLASTICS CORP., and HONEYWELL INTERNATIONAL INC. f/k/a ALLIED-SIGNAL INC.,<br><br>        Defendants. | Civ. No. 1:17-CV-00441 (LEK/DJS) |
| DIANE BAMRICK, individually and in her capacity as Executrix of the Estate of Edward Bamrick, deceased,<br><br>        Plaintiff,<br><br>   v.<br><br>SAINT-GOBAIN PERFORMANCE PLASTICS CORP., SAINT-GOBAIN CORP., HONEYWELL INTERNATIONAL INC. f/k/a ALLIED-SIGNAL INC., 3M COMPANY, and THE CHEMOURS COMPANY<br><br>        Defendants. | Civ. No. 1:19-CV-00225 (LEK/DJS) |

| | |
|---|---|
| DONALD BRADLEY,<br><br>              Plaintiff,<br><br>  -against-<br><br>SAINT-GOBAIN PERFORMANCE PLASTICS CORP., HONEYWELL INTERNATIONAL INC. f/k/a ALLIED-SIGNAL INC. and/or ALLIEDSIGNAL LAMINATE SYSTEMS, INC., E.I. DUPONT DE NEMOURS AND COMPANY, and 3M CO.,<br><br>              Defendants. | Civ. No. 1:19-CV-00240 (LEK/DJS) |
| TSUNGANI CLEMONS,<br><br>              Plaintiff,<br><br>    v.<br><br>SAINT-GOBAIN PERFORMANCE PLASTICS CORP., HONEYWELL INTERNATIONAL INC. f/k/a ALLIED-SIGNAL INC. and/or ALLIEDSIGNAL LAMINATE SYSTEMS, INC., E.I. DUPONT DE NEMOURS AND COMPANY, and 3M CO.,<br><br>              Defendants. | Civ. No. 1:19-CV-00236 (LEK/DJS) |
| ROBERT DECKER,<br><br>              Plaintiff,<br><br>    v.<br><br>SAINT-GOBAIN PERFORMANCE PLASTICS CORP., HONEYWELL INTERNATIONAL INC. f/k/a ALLIED-SIGNAL INC. and/or ALLIEDSIGNAL LAMINATE SYSTEMS, INC., E.I. DUPONT DE NEMOURS AND COMPANY, and 3M CO.,<br><br>              Defendants. | Civ. No. 1:20-CV-1141 (LEK/DJS) |

| | |
|---|---|
| JAMES DONAVAN,<br><br>   Plaintiff,<br><br> v.<br><br>SAINT-GOBAIN PERFORMANCE PLASTICS CORP., HONEYWELL INTERNATIONAL INC. f/k/a/ ALLIED-SIGNAL INC. and/or ALLIEDSIGNAL LAMINATE SYSTEMS, INC., E.I. DUPONT DE NEMOURS AND COMPANY and 3M CO.,<br><br>   Defendants. | Civ. No. 1:16-CV-0924 (LEK/DJS) |
| MARK DRISCOLL,<br><br>   Plaintiff,<br><br> v.<br><br>SAINT-GOBAIN PERFORMANCE PLASTICS CORP., SAINT-GOBAIN CORP.; HONEYWELL INTERNATIONAL INC. f/k/a ALLIED-SIGNAL INC., 3M COMPANY, E.I. DUPONT DE NEMOURS AND COMPANY; AND THE CHEMOURS COMPANY<br><br>   Defendants. | Civ. No. 1:19-CV-00231 (LEK/DJS) |
| BRIDGET FOSTER,<br><br>   Plaintiffs,<br><br> v.<br><br>SAINT-GOBAIN PERFORMANCE PLASTICS CORP., HONEYWELL INTERNATIONAL INC. f/k/a ALLIED-SIGNAL INC. and/or ALLIEDSIGNAL LAMINATE SYSTEMS, INC., E.I. DUPONT DE NEMOURS AND COMPANY and 3M CO.,<br><br>   Defendants. | Civ. No. 1:19-CV-00077 (LEK/DJS) |

3

| | |
|---|---|
| LINDA GARDNER,<br><br>   Plaintiff,<br><br> v.<br><br>SAINT-GOBAIN PERFORMANCE PLASTICS CORP., HONEYWELL INTERNATIONAL INC. f/k/a ALLIED-SIGNAL INC. and/or ALLIEDSIGNAL LAMINATE SYSTEMS, INC., E.I. DUPONT DE NEMOURS AND COMPANY and 3M CO.,<br><br>   Defendants. | Civ. No. 1:19-CV-00246 (LEK/DJS) |
| CRYSTAL GATES,<br><br>   Plaintiff,<br><br> v.<br><br>SAINT-GOBAIN PERFORMANCE PLASTICS CORPORATION, SAINT-GOBAIN CORPORATION HONEYWELL INTERNATIONAL, INC. f/k/a ALLIED-SIGNAL INC., 3M COMPANY, E.I. DUPONT DE NEMOURS AND COMPANY, and THE CHEMOURS COMPANY,<br><br>   Defendants. | Civ. No. 1:19-CV-00221 (LEK/DJS) |

4

| | |
|---|---|
| MELISSA GORMAN,<br><br>    Plaintiff,<br><br>  v.<br><br>SAINT-GOBAIN PERFORMANCE PLASTICS CORP., HONEYWELL INTERNATIONAL INC. f/k/a ALLIED-SIGNAL INC. and/or ALLIEDSIGNAL LAMINATE SYSTEMS, INC., E.I. DUPONT DE NEMOURS AND COMPANY and 3M CO.,<br><br>    Defendants. | Civ. No. 1:19-CV-00200 (LEK/DJS) |
| SUE HICKEY, INDIVIDUALLY AND AS EXECUTRIX OF THE ESTATE OF JOHN HICKEY,<br><br>    Plaintiff,<br><br>  v.<br><br>SAINT-GOBAIN PERFORMANCE PLASTICS CORP., HONEYWELL INTERNATIONAL INC. f/k/a ALLIED-SIGNAL INC. and/or ALLIEDSIGNAL LAMINATE SYSTEMS, INC., E.I. DUPONT DE NEMOURS AND COMPANY, and 3M CO.,<br><br>    Defendants. | Civ. No. 1:19-CV-00094 (LEK/DJS) |

| | |
|---|---|
| MARY LUCEY,<br><br>          Plaintiff,<br><br>     v.<br><br>SAINT-GOBAIN PERFORMANCE PLASTICS CORP., HONEYWELL INTERNATIONAL INC. f/k/a ALLIED-SIGNAL INC. and/or ALLIEDSIGNAL LAMINATE SYSTEMS, INC., E.I. DUPONT DE NEMOURS AND COMPANY and 3M CO.,<br><br>          Defendants. | Civ. No. 1:17-CV-1054 (LEK/DJS) |
| MARCUS MARTINEZ,<br><br>          Plaintiff,<br><br>     v.<br><br>SAINT-GOBAIN PERFORMANCE PLASTICS CORP., HONEYWELL INTERNATIONAL INC. f/k/a ALLIED-SIGNAL INC. and/or ALLIEDSIGNAL LAMINATE SYSTEMS, INC., E.I. DUPONT DE NEMOURS AND COMPANY, and 3M CO.,<br><br>          Defendants. | Civ. No. 1:19-CV-00098 (LEK/DJS) |
| DEREK MILLER,<br><br>          Plaintiff,<br><br>     v.<br><br>SAINT-GOBAIN PERFORMANCE PLASTICS CORP., HONEYWELL INTERNATIONAL INC. f/k/a ALLIED-SIGNAL INC. and/or ALLIEDSIGNAL LAMINATE SYSTEMS, INC., E.I. DUPONT DE NEMOURS AND COMPANY, and 3M CO.,<br><br>          Defendants. | Civ. No. 1:19-CV-00598 (LEK/DJS) |

| | |
|---|---|
| JOYCE MORIER, JAMES MORIER and KIMBERLY MOORE, <br><br> Plaintiffs, <br><br> v. <br><br> SAINT-GOBAIN PERFORMANCE PLASTICS CORP., HONEYWELL INTERNATIONAL INC. f/k/a ALLIED-SIGNAL INC. and/or ALLIEDSIGNAL LAMINATE SYSTEMS, INC., E.I. DUPONT DE NEMOURS AND COMPANY and 3M CO., <br><br> Defendants. | Civ. No. 1:19-CV-00103 (LEK/DJS) |
| TARA MULLER, <br><br> Plaintiff, <br><br> v. <br><br> SAINT-GOBAIN PERFORMANCE PLASTICS CORP., HONEYWELL INTERNATIONAL INC. f/k/a ALLIED-SIGNAL INC. and/or ALLIEDSIGNAL LAMINATE SYSTEMS, INC., E.I. DUPONT DE NEMOURS AND COMPANY and 3M CO., <br><br> Defendants. | Civ. No. 1:19-CV-00106 (LEK/DJS) |
| FRANK PERRELLI, <br><br> Plaintiff, <br><br> v. <br><br> SAINT-GOBAIN PERFORMANCE PLASTICS CORP., HONEYWELL INTERNATIONAL INC. f/k/a ALLIED-SIGNAL INC. and/or ALLIEDSIGNAL LAMINATE SYSTEMS, INC., E.I. DUPONT DE NEMOURS AND COMPANY and 3M CO., <br><br> Defendants. | Civ. No. 1:19-CV-00239 (LEK/DJS) |

| | |
|---|---|
| JAY POKINES,<br><br>    Plaintiff,<br><br>    -against-<br><br>SAINT-GOBAIN PERFORMANCE PLASTICS CORP., HONEYWELL INTERNATIONAL INC. f/k/a ALLIED-SIGNAL INC. and/or ALLIEDSIGNAL LAMINATE SYSTEMS, INC., E.I. DUPONT DE NEMOURS AND COMPANY and 3M CO.,<br><br>    Defendants. | Civ. No. 1:19-CV-00232 (LEK/DJS) |
| QUINN RASMUS,<br><br>    Plaintiff,<br><br>    v.<br><br>SAINT-GOBAIN PERFORMANCE PLASTICS CORP., HONEYWELL INTERNATIONAL INC. f/k/a ALLIED-SIGNAL INC. and/or ALLIEDSIGNAL LAMINATE SYSTEMS, INC., E.I. DUPONT DE NEMOURS AND COMPANY, and 3M CO.,<br><br>    Defendants. | Civ. No. 1:19-CV-00238 (LEK/DJS) |
| KATHLEEN REECE,<br><br>    Plaintiff,<br><br>    v.<br><br>SAINT-GOBAIN PERFORMANCE PLASTICS CORP., SAINT-GOBAIN CORP., and HONEYWELL INTERNATIONAL INC. f/k/a ALLIED-SIGNAL INC., 3M COMPANY, E.I. DUPONT DE NEMOURS AND COMPANY, and THE CHEMOURS COMPANY,<br><br>    Defendants. | Civ. No. 1:19-CV-00219 (LEK/DJS) |

| | |
|---|---|
| BERNICE ROSENBERG and STANLEY ROSENBERG,<br><br>              Plaintiffs,<br><br>    v.<br><br>SAINT-GOBAIN PERFORMANCE PLASTICS CORP., HONEYWELL INTERNATIONAL INC. f/k/a ALLIED-SIGNAL INC. and/or ALLIEDSIGNAL LAMINATE SYSTEMS, INC., E.I. DUPONT DE NEMOURS AND COMPANY and 3M CO.,<br><br>              Defendants. | Civ. No. 1:19-CV-0100 (LEK/DJS) |
| MANDA RUSSELL,<br><br>              Plaintiff,<br><br>    v.<br><br>SAINT-GOBAIN PERFORMANCE PLASTICS CORP., HONEYWELL INTERNATIONAL INC. f/k/a ALLIED-SIGNAL INC. and/or ALLIEDSIGNAL LAMINATE SYSTEMS, INC., E.I. DUPONT DE NEMOURS AND COMPANY and 3M CO.,<br><br>              Defendants. | Civ. No. 1:19-CV-00107 (LEK/DJS) |
| LISA SCHNEIDER,<br><br>              Plaintiff,<br><br>    v.<br><br>SAINT-GOBAIN PERFORMANCE PLASTICS CORP., HONEYWELL INTERNATIONAL INC. f/k/a ALLIED-SIGNAL INC. and/or ALLIEDSIGNAL LAMINATE SYSTEMS, INC., E.I. DUPONT DE NEMOURS AND COMPANY and 3M CO.,<br><br>              Defendants. | Civ. No. 1:19-CV-0083 (LEK/DJS) |

| | |
|---|---|
| RYAN SLOWEY,<br><br>                Plaintiff,<br><br>   -against-<br><br>SAINT-GOBAIN PERFORMANCE PLASTICS CORPORATION, SAINT-GOBAIN CORPORATION, HONEYWELL INTERNATIONAL, INC. f/k/a ALLIED-SIGNAL INC., 3M COMPANY, E.I. DUPONT DE NEMOURS AND COMPANY, and THE CHEMOURS COMPANY,<br><br>                Defendants. | Civ. No. 1:19-CV-00216 (LEK/DJS) |
| JENNY STONE,<br><br>                Plaintiff,<br><br>   -against-<br><br>SAINT-GOBAIN PERFORMANCE PLASTICS CORP., HONEYWELL INTERNATIONAL INC. f/k/a ALLIED-SIGNAL INC. and/or ALLIEDSIGNAL LAMINATE SYSTEMS, INC., E.I. DUPONT DE NEMOURS AND COMPANY and 3M CO.,<br><br>                Defendants. | Civ. No. 1:19-CV-00247 (LEK/DJS) |
| ANN SWEENER,<br><br>                Plaintiff,<br><br>   v.<br><br>SAINT-GOBAIN PERFORMANCE PLASTICS CORP., HONEYWELL INTERNATIONAL INC. f/k/a ALLIED-SIGNAL INC., E.I. DUPONT DE NEMOURS AND COMPANY, and 3M CO.,<br><br>                Defendants. | Civ. No. 1:17-CV-00532 (LEK/DJS) |

| | |
|---|---|
| IAN WEBBER, in his capacity as the Executor of the Estate of Sean Webber,<br><br>    Plaintiff,<br><br> v.<br><br>SAINT-GOBAIN PERFORMANCE PLASTICS CORP., SAINT-GOBAIN CORP., HONEYWELL INTERNATIONAL INC. f/k/a ALLIED-SIGNAL INC., 3M COMPANY, E.I. DUPONT DE NEMOURS AND COMPANY, and THE CHEMOURS COMPANY,<br><br>    Defendants. | Civ. No. 1:19-CV-00220 (LEK/DJS) |
| JUDITH WHITE,<br><br>    Plaintiff,<br><br> v.<br><br>SAINT-GOBAIN PERFORMANCE PLASTICS CORP., HONEYWELL INTERNATIONAL INC. f/k/a ALLIED-SIGNAL INC. and/or ALLIEDSIGNAL LAMINATE SYSTEMS, INC., E.I. DUPONT DE NEMOURS AND COMPANY and 3M CO.,<br><br>    Defendants. | Civ. No. 1:19-CV-00104 (LEK/DJS) |
| KENNETH WICKENDEN,<br><br>    Plaintiff,<br><br> v.<br><br>SAINT-GOBAIN PERFORMANCE PLASTICS CORP., HONEYWELL INTERNATIONAL INC. f/k/a ALLIED-SIGNAL INC. and/or ALLIEDSIGNAL LAMINATE SYSTEMS, INC., E.I. DUPONT DE NEMOURS AND COMPANY and 3M CO.,<br><br>    Defendants. | Civ. No. 1:17-CV-1056 (LEK/DJS) |

| | |
|---|---|
| LORI WYMAN, <br><br>                  Plaintiff, <br><br> v. <br><br> SAINT-GOBAIN PERFORMANCE PLASTICS CORP., SAINT-GOBAIN CORP., HONEYWELL INTERNATIONAL INC. f/k/a ALLIED-SIGNAL INC., 3M COMPANY, E.I. DUPONT DE NEMOURS AND COMPANY, and THE CHEMOURS COMPANY, <br><br>                  Defendants. | Civ. No. 1:19-CV-00215 (LEK/DJS) |

## ORDER STAYING PROCEEDINGS
## AS TO HONEYWELL, 3M, AND DUPONT

Upon the joint letter-motions (the "Motions") submitted on July 18, 2023 by certain plaintiffs listed in Exhibit 1 (the plaintiffs listed in Exhibit 1 are referred to herein as "Plaintiffs") and Defendants Honeywell International Inc. ("Honeywell") and 3M Company ("3M") (Doc. 121) and on July 31, 2023 by the Plaintiffs listed in Exhibit 1 and Defendant E.I. DuPont de Nemours and Company ("DuPont") (Doc. 122) (Honeywell, 3M, and DuPont collectively the "Settling Defendants"), and upon all prior pleadings and proceedings in the above-captioned actions, it is hereby:

ORDERED that the Motions are GRANTED and that the judicial proceedings in each action listed in Exhibit 1 shall be stayed as to Defendants Honeywell, 3M, and DuPont until the Plaintiffs file dismissals of all claims against the Settling Defendants.

**SO ORDERED.**

Dated: __August 7__, 2023
        Albany, New York

                                         Daniel J. Stewart
                                         U.S. Magistrate Judge

# Exhibit 1

| Plaintiffs | Case |
|---|---|
| Edward Andrick | *Andrick v. Saint-Gobain Performance Plastics Corp.*, Case No. 1:17-cv-01058 |
| Laurie Andrick | *Andrick v. Saint-Gobain Performance Plastics Corp.*, Case No. 1:17-cv-01058 |
| Michel Bacon | *R.M. Bacon, LLC v. Saint-Gobain Performance Plastics Corp.*, Case No. 1:17-cv-00441 |
| Estate of Edward Bamrick and Diane Bamrick | *Bamrick v. Saint-Gobain Performance Plastics*, Case No. 1:19-cv-00225 |
| Don Bradley | *Bradley v. Saint-Gobain Performance Plastics Corp.*, Case No. 1:19-cv-00240 |
| Tsungani Clemons | *Clemons v. Saint-Gobain Performance Plastics Corp.*, Case No. 1:19-CV-236 |
| Robert Decker | *Decker v. Saint Gobain Performance Plastics Corp.*, Case No. 1:20-CV-1141 |
| James Donavan | *Donavan v. Saint-Gobain Performance Plastics Corp.*, Case No. 1:16-cv-00924 |
| Mark Driscoll | *Driscoll v. Saint-Gobain Performance Plastics*, Case No. 1:19-cv-00231 |
| Bridget Foster | *Foster v. Saint-Gobain Performance Plastics*, Case No. 19-cv-00077 |
| Linda Gardner | *Gardner v. Saint-Gobain Performance Plastics*, Case No. 19-cv-246 |
| Crystal Gates | *Gates v. Saint-Gobain Performance Plastics*, Case No. 1:19-cv-00221 |
| Melissa Gorman | *Gorman v. Saint-Gobain Performance Plastics Corp.*, Case No. 1:19-cv-00200 |
| Estate of John Hickey | *Hickey v. Saint-Gobain Performance Plastics*, Case No. 1:19-cv-00094 |
| Sue Hickey | *Hickey v. Saint-Gobain Performance Plastics*, Case No. 1:19-cv-00094 |

| Plaintiffs | Case |
|---|---|
| Mary Lucey | *Lucey v. Saint-Gobain Performance Plastics Corp.*, Case No. 1:17-cv-01054 |
| Marcus Martinez | *Martinez v. Saint-Gobain Performance Plastics*, Case No. 1:19-cv-00098 |
| Derek Miller | *Miller v. Saint-Gobain Performance Plastics Corp.*, Case No. 1:19-cv-00598 |
| Kimberly Moore* | *Morier v. Saint-Gobain Performance Plastics Corp.*, Case No. 1:19-cv-00103 |
| James Morier* | *Morier v. Saint-Gobain Performance Plastics Corp.*, Case No. 1:19-cv-00103 |
| Joyce Morier | *Morier v. Saint-Gobain Performance Plastics Corp.*, Case No. 1:19-cv-00103 |
| Tara Muller | *Muller v. Saint-Gobain Performance Plastics Corp.*, Case No. 1:19-cv-00106 |
| Frank Perrelli | *Perrelli v. Saint-Gobain Performance Plastics Corp.*, Case No. 1:19-cv-00239 |
| Jay Pokines | *Pokines v. Saint-Gobain Performance Plastics Corp.*, Case No. 1:19-cv-00232 |
| Quinn Rasmus | *Rasmus v. Saint-Gobain Performance Plastics*, Case No. 1:19-cv-00238 |
| Kathleen Reece | *Reece v. Saint-Gobain Performance Plastics*, Case No. 1:19-cv-00225 |
| Bernice Rosenberg | *Rosenberg v. Saint-Gobain Performance Plastics Corp.*, Case No. 1:19-cv-00100 |
| Stanley Rosenberg* | *Rosenberg v. Saint-Gobain Performance Plastics Corp.*, Case No. 1:19-cv-00100 |
| Manda Russell | *Russell v. Saint-Gobain Performance Plastics Corp.*, Case No. 1:19-cv-00107 |
| Lisa Schneider | *Schneider v. Saint-Gobain Performance Plastics Corp.*, Case No. 1:19-cv-00083 |
| Ryan Slowey | *Slowey v. Saint-Gobain Performance Plastics Corp.*, Case No. 1:19-cv-00216 |

| Plaintiffs | Case |
|---|---|
| Jenny Stone | *Stone v. Saint-Gobain Performance Plastics Corp.*, Case No. 1:19-cv-00247 |
| Ann Sweener | *Sweener v. Saint-Gobain Performance Plastics Corp.*, Case No. 1:17-cv-00532 |
| Estate of Sean Webber | *Webber v. Saint-Gobain Performance Plastics*, Case No. 1:19-cv-00220 |
| Judith White | *White v. Saint-Gobain Performance Plastics Corp.*, Case No. 1:19-cv-00104 |
| Kenneth Wickenden | *Wickenden v. Saint-Gobain Performance Plastics Corp.*, Case No. 1:17-cv-01056 |
| Lori Wyman | *Wyman v. Saint-Gobain Performance Plastics Corp.*, Case No. 1:19-cv-00215 |

\* Plaintiffs with claims remaining against only DuPont who have therefore reached a settlement in principle with DuPont only.